# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 19-mj-1077 | UNITED STATES vs. Archuleta | |
| Hearing Date: | 4/25/2019 | Time In and Out: | 10:04-10:09; 10:18-10:21 / 4 min |
| Clerk: | E. Romero | Courtroom: | Rio Grande |
| Defendant: | Daniel Archuleta | Defendant's Counsel: | Ben Gonzalez |
| AUSA | K. Houghton | Pretrial/Probation: | D. Marrufo-Ramos |
| Interpreter: | N/A | | |

**Initial Appearance**

| | | | |
|---|---|---|---|
| ☒ | Defendant sworn | | |
| ☒ | Defendant received a copy of charging document | | |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☒ | Defendant wants Court appointed counsel | | |
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
| ☒ | Set for Preliminary/Detention Hearing | on April 26, 2019 | @ 9:30 a.m. |

**Preliminary/Show Cause/Identity**

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☐ | Court finds probable cause | ☐ | Court does not find probable cause |

**Custody Status**

| | | |
|---|---|---|
| ☐ | Defendant waives detention hearing | |
| ☒ | Defendant detained pending hearing | |
| ☐ | Conditions | |

**Other**

| | | |
|---|---|---|
| ☐ | Matter referred to      for final revocation hearing | |
| ☐ | | |