# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Preliminary/Detention

| Case Number: | 19-mj-1077 | UNITED STATES vs. Archuleta | |
|---|---|---|---|
| Hearing Date: | 4/26/2019 | Time In and Out: | 9:44-9:59 / 15 min |
| Clerk: | E. Romero | Courtroom: | Rio Grande |
| Defendant: | Daniel Archuleta | Defendant's Counsel: | Michael Davis |
| AUSA | K. Houghton | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | N/A | | |

## Initial Appearance

| | | | |
|---|---|---|---|
| ☐ | Defendant sworn | | |
| ☐ | Defendant received a copy of charging document | | |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☐ | Defendant | | |
| ☐ | Government moves to detain | ☐ | Government does not recommend detention |
| ☐ | Set for | on | @ |

## Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☒ | Defendant waives Preliminary hearing | | |
| ☐ | Court finds probable cause | ☐ | Court does not find probable cause |

## Custody Status

| | | |
|---|---|---|
| ☐ | Defendant waives detention hearing | |
| ☒ | Defendant will remain in custody | Order releasing defendant stayed |
| ☒ | Conditions of release imposed | Placement at halfway house |

## Other

| | |
|---|---|
| ☐ | Matter referred to      for final revocation hearing |
| ☒ | Defense requests release; Government objects; Court grants request; Government requests Court stay order until close of business on 4/26/2019; Court will stay order and detain defendant; Defendant will be released on Monday, April 29, 2019 if an appeal is not filed. |