# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | MJ 19-1077 KBM | UNITED STATES vs. ARCHULETA | |
| Hearing Date: | 6/12/2019 | Time In and Out: | 10:09-10:20 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Daniel Archuleta | Defendant's Counsel: | Michael V. Davis |
| AUSA: | David Walsh | Pretrial/Probation: | Anthony Carter |
| Interpreter: | N/A | | |

## Initial Appearance

- ☐ Defendant sworn
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant currently has Court appointed counsel
- ☒ Government moves to detain     ☐ Government does not recommend detention
- ☒ Set for Show cause/Detention Hearing     on June 18, 2019     @ 9:30

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause     ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☐ Defendant
- ☒ Conditions of pretrial release reinstated | Defendant released on previously imposed conditions and is ordered to return to court on 06/18/2019 @ 9:30 before Judge Ritter

## Other

- ☐ Matter referred to     for final revocation hearing
- ☐