AO 442 (Rev. 08/14) Arrest Warrant

## UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Daniel Archuleta<br>*Defendant* | )<br>)<br>) Case No. 1084: 1:19-mj-01077-KBM-1<br>)<br>) |

RECEIVED U.S. MARSHALS SERVICE, ALBUQUERQUE, NEW MEXICO 2019 MAY 30 AM 11:23

'19 JUN 12 PM 1:42
CLERK-ALBUQUERQUE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Daniel Archuleta, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

The defendant tested positive for amphetamine on May 13, 2019. The sample was sent for confirmation and indicated that the defendant was positive for methamphetamine.

Date: May 30, 2019

_____
*Issuing Officer's signature*

City and state: Albuquerque, New Mexico

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on (date) 5/30/19, and the person was arrested on (date) 6/12/19 at (city and state) Albuquerque, NM.

Date: 6/12/19

_____
*Arresting officer's signature*

r. Hermosillo, DUSM
*Printed name and title*