# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Show Cause/Detention

| | | | |
|---|---|---|---|
| Case Number: | 19mj1077 | UNITED STATES vs. Archuleta | |
| Hearing Date: | 6/18/2019 | Time In and Out: | 10:05 am -10:25 am |
| Clerk: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Daniel Archuleta | Defendant's Counsel: | Michael Davis |
| AUSA | Kristopher Houghton | Pretrial/Probation: | Anthony Carter |
| Interpreter: | | | |

## Initial Appearance

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause    ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐ Matter referred to ___ for final revocation hearing
- ☐